

Hye-Young (Lisa) Park
101 Paddock Dr. E. Apt # A3
Savoy, IL 61874 USA 61820
Hpark15hpark@gmail.com
March 21, 2018

To the United States District Court

18-2090

Your honor,

I am Hye-Young (Lisa) Park, the Plaintiff.

I came to the United States in 2000 to pursue my dreams of being an international scholar.

However, in 2014, I was the victim of sexual harassment at the University of Illinois at Urbana-Champaign. I sought for assistance from the University only to be rejected and betrayed through the actions the University took in dealing with my complaint.

They excluded me from their service by making a false statement that I was not a student or employee at the University at the time of the investigation, thus the Office of Diversity, Equity, and Access at UIUC has no jurisdiction over my complaint.

Such behavior from the University added an enormous amount of stress to my already existing stress and anger from the sexual harassment and retaliation.

This whole experience has let to many sleepless nights over the last several years. I cried daily. I was angry that I was unfairly treated. I also was angry at myself because I did not do more to protect myself; I was ashamed that I allowed myself to be victimized.

My condition only continued to worsen. I locked myself at home; I was scared of meeting people. I began to blame myself —I rationalized that this incident happened because I was foolish and naïve; I even came to the point of questioning my existence.

It has become difficult to break this mindset and I don't think I ever will unless the culprits are brought to justice; unless they realize the damage they've caused; unless they repent for their wrongdoings and apologize.

Until then, I have no choice but to continually blame myself and live life in a depressed state, traumatized with guilt and anger.

I have neither met my family's expectation nor my own. I feel useless, as I have not been able to achieve anything after my Ph.D.—no work or progression to show for my efforts or for all the family support I've received throughout the years.

It took me a long time to file a lawsuit, which was the last thing I wanted.

All I wanted was simply to work in a safe environment as other scholars in academia.

I believe this: "We know through painful experience that freedom is never voluntarily given by the oppressor; it must be demanded by the oppressed."
— Martin Luther King Jr., Letter from the Birmingham Jail

I am slowly getting back on my feet, taking one step at a time hoping for change.

I respectfully request this Court check **facts and evidence** rigorously to serve justice.


Best regards,
Hye-Young (Lisa) Park

PS: My claims are substantiated by the facts and evidence that are provided in the following website: hyeyounglisapark.wordpress.com/

While I include my claims hereto, the website is convenient to look at with links.