# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

Hye-Young Park
Plaintiff(s)

vs.                                    Case Number: 18 - 2090

KAAMILYAH ABDULLAH-SPAN,

MENAH  PRATT-CLARKE, in their individual capacities,

THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS

Defendant(s)

FILED
MAR 21 2018
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

## MOTION TO REQUEST COUNSEL

1. I, Hye-Young Park, declare that I am (check one)
   ☒ Plaintiff          ☐ Defendant
   in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and I request that the Court assist me in seeking volunteer counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have contacted the following attorneys/organizations seeking representation in this case: (See Exhibit 1)
   Phipps, John T Law Offices PC
   Thomas, Mamer & Haughey, LLP
   Law Office of Keith Short, P.C.
   Lee W Barron Attorney
   Jamie S. Franklin
   Bizzieri Law Offices
   Law Offices of Robert Elovitz

3. In further support of my motion, I declare that (check appropriate box):

   ☒   I am not currently, nor previously have been represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

☐     I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

☒     I have attached an original Application to Proceed In Forma Pauperis detailing my financial status. **(See Exhibit 2)**

☐     I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

4. (continued)

☐     I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. In further support of my motion, I declare that my highest level of education is (check one):

☐ Grammar school only ☐ Some high school ☐ High School graduate

☐ Some college ☐ College graduate ☒ Post-graduate

6. (Check <u>only</u> if applicable): ☐ In further support of my motion, I declare that my ability to **speak** English is limited, because English is not my primary language.

7. I declare under penalty of perjury that the foregoing is true and correct.

Date: 3/21/2018

Movant's Signature: Hye-Young Park

Address: 101 Paddock Dr. E. Apt # A3, Savoy IL 61874

Email: hpark15hpark@gmail.com