Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Hye-Young Park** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case Number: 18-2090 |
| | ) |
| **The Board of Trustees of the University** | ) |
| **Of Illinois, Kaamilyah Abdullah-Span,** | ) |
| **Menah Pratt-Clark** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

☐  **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒  **DECISION BY THE COURT**.   This action came before the Court and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that this case is dismissed under 28 U.S.C. § 1915(e)(2)(B).

**Dated: 5/7/2018**

  s/ Kenneth A. Wells
  Kenneth A. Wells
  Clerk, U.S. District Court