E-FILED
Thursday, 24 May, 2018  09:01:11 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### CIRCUIT RULE 3(b) FEE NOTICE

May 23, 2018

| No. 18-2101 | HYE-YOUNG PARK, <br> Plaintiff - Appellant <br><br> v. <br><br> BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, et. al., <br> Defendants - Appellees |
|---|---|
| **Originating Case Information:** | |
| District Court No: 2:18-cv-02090-CSB-EIL <br> Central District of Illinois <br> Clerk/Agency Rep Kenneth A. Wells <br> District Judge Colin S. Bruce | |

This court's records indicate that on May 23, 2018 the District Court denied your motion to proceed in forma pauperis.

Pursuant to Federal Rule of Appellate Procedure 24(a),

### WITHIN THE NEXT THIRTY (30) DAYS YOU MUST EITHER:

1. Pay the required $500.00 docketing fee PLUS the $5.00 notice of appeal filing fee ($505.00 TOTAL) to the District Court Clerk. The Court of Appeals cannot accept this fee. You should keep a copy of the receipt for your records.

2. File a motion to proceed on appeal in forma pauperis with the Court of Appeals. An original and three (3) copies of that motion, with proof of service on your opponent, is required. This motion must be supported by a sworn affidavit in the form of a sworn statement listing your assets and income.

**IF ONE OF THE ABOVE ACTIONS IS NOT TAKEN WITHIN 30 DAYS FROM THE DATE LISTED ABOVE, YOUR CASE WILL BE DISMISSED, PURSUANT TO CIRCUIT RULE 3(b).**

form name: **c7_Rule3b_Notice_Sent**(form ID: **145**)